1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2    shonmorgan@quinnemanuel.com
     Viola Trebicka (Bar No. 269526)
3    violatrebicka@quinnemanuel.com
     Matthew Hosen (Bar No. 291631)
4    matthosen@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Attorneys for Defendant Maplebear Inc., dba
   Instacart
8

9             SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                       COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DOMINIC COBARRUVIAZ, Individually and On Behalf of All Others Similarly Situated Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MAPLEBEAR, INC., dba INSTACART; AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CASE NO. CGC-15-543583<br><br>**DEFENDANT INSTACART'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br><br>Filing Date: January 9, 2015<br>Trial Date: None Set<br>Department: 610 |

02706.23522/6453521.2

STATE COURT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant Maplebear Inc., dba Instacart has removed this action to the United States District Court for the Northern District of California. A true and correct copy of the notice of removal filed in federal court is attached as Exhibit A. Pursuant to 28. U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

DATED: February 13, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Shon Morgan
Viola Trebicka
Matthew Hosen
Attorneys for Defendant Maplebear Inc., dba Instacart