| | |
|---|---|
| Robert S. Arns, State Bar No. 65071<br>rsa@arnslaw.com<br>Jonathan E. Davis, State Bar No. 191346<br>jed@arnslaw.com<br>**THE ARNS LAW FIRM**<br>A Professional Corporation<br>515 Folsom Street, 3rd Floor<br>San Francisco, California 94105<br>Phone: (415) 495-7800<br>Fax: (415) 495-7888<br><br>Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIC COBARRUVIAZ; Individually and On Behalf of All Others Similarly Situated Employees,<br><br>Plaintiff,<br><br>vs.<br><br>MAPLEBEAR, INC., dba INSTACART; AND DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 3:15-cv-00697-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>**Assigned for all Purposes to:**<br>Hon. Edward M. Chen<br>**Complaint Filed:** January 9, 2015<br>**Trial Date:** None Set |

*Dominic Cobarruviaz v. Maplebear, Inc., dba Instacart*
San Francisco Superior Court Case No. CGC-15-543583
United States Northern District Court San Francisco
Division Case No. 3:15-cv-00697-EMC

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On March 4, 2015, I served the following:

1) CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASES
2) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
3) CIVIL STANDING ORDER-GENERAL
4) CIVIL STANDING ORDER ON DISCOVERY

on all interested parties in the above cause, by:

____X____ REGULAR MAIL by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

Shon Morgan
Viola Trebicka
Matthew Hosen
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
shonmorgan@quinnemanuel.com
violatrebicka@quinnemanuel.com
matthosen@quinnemanuel.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on March 4, 2015 at San Francisco, California.

*/s/ Lauren Cattolico*
LAUREN CATTOLICO

-2-

CERTIFICATE OF SERVICE