| | |
|---|---|
| THE ARNS LAW FIRM<br>Robert S. Arns, State Bar No. 65071<br>rsa@arnslaw.com<br>Jonathan E. Davis, State Bar No. 191346<br>515 Folsom St., 3rd Fl.<br>San Francisco, CA 94109<br>Tel: (415) 495-7800<br>Fax: (415) 495-7888 | OUTTEN & GOLDEN LLP<br>Jahan C. Sagafi, State Bar No. 224887<br>jsagafi@outtengolden.com<br>1 Embarcadero Center, 38th Fl.<br>San Francisco, CA 94111<br>Tel: (415) 638-8800<br>Fax: (415) 638-8810<br><br>Michael J. Scimone*<br>mscimone@outtengolden.com<br>3 Park Avenue, 29th Fl.<br>New York, NY 10016<br>Tel: (212) 245-1000<br>Fax: (646) 509-2060<br><br>*Pro Hac Vice Motion Forthcoming |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC COBARRUVIAZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR, INC., dba INSTACART; AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | No. 15 Civ. 00697 (EMC)<br><br>**NOTICE OF APPEARANCE OF JAHAN C. SAGAFI AS COUNSEL FOR PLAINTIFFS DOMINIC COBARRUVIAZ INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, JAHAN C. SAGAFI, of Outten & Golden LLP, hereby enter my appearance as counsel for Plaintiff Dominic Cobarruviaz, individually and on behalf of all others similarly situated, in the above-referenced matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

Jahan C. Sagafi
Outten & Golden LLP
One Embarcadero Center, 38th Fl.
San Francisco, CA 94111
Tel: (415) 638-8800
Fax: (415) 638-8810

Please serve said counsel with all pleadings and notices in this action.

DATED: May 19, 2015

                                                                                                                                  */s/ Jahan C. Sagafi*

                                                                                                                                  Jahan C. Sagafi

                                                                                                                                  Attorney for Plaintiff Dominic Cobarruviaz, Individually and on Behalf of All Others Similarly Situated