QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
   (shonmorgan@quinnemanuel.com)
  Viola Trebicka (Bar. No. 269526)
   (violatrebicka@quinnemanuel.com)
  Matthew Hosen (Bar No. 291631)
   (matthosen@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

KEKER & VAN NEST LLP
  Rachael E. Meny (Bar No. 178514)
   (rmeny@kvn.com)
  Benjamin Berkowitz  (Bar No. 244441)
   (bberkowitz@kvn.com)
  Nikki K. Vo  (Bar No. 239543)
   (nvo@kvn.com)
  Ryan K. Wong  (Bar No. 267189)
   (rwong@kvn.com)
633 Battery Street
San Francisco, CA
94111-1809
Telephone:  415-391-5400
Facsimile:   415-397-7188

Attorneys for Defendant
MAPLEBEAR, INC. dba INSTACART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC COBARRUVIAZ, individually, and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MAPLEBEAR, INC., dba INSTACART; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  C 15-cv-00697-EMC<br><br>**DEFENDANT'S NOTICE OF CHANGE IN COUNSEL; [PROPO~~S~~ED] ORDER**<br><br>Judge:          Hon. Edward M. Chen<br>Courtroom:   5 – 17th floor<br>Complaint Filed: January 9, 2015 |

06083-00002/7070427.1

**Notice of Change in Counsel**
**Case No. 15-cv-00697**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Maplebear Inc. dba Instacart ("Instacart") hereby removes Shon Morgan, Viola Trebicka, and Matthew Hosen of the law firm Quinn Emanuel Urquhart & Sullivan LLP as its counsel of record.

Instacart requests that all notices, filings and other documents in this action be served on the following counsel:

```
Keker & Van Nest LLP
Rachael E. Meny
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: rmeny@kvn.com

Keker & Van Nest LLP
Benjamin Berkowitz
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: bberkowitz@kvn.com

Keker & Van Nest LLP
Nikki Khanh Vo
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: nvo@kvn.com

Keker & Van Nest LLP
Ryan K. Wong
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: rwong@kvn.com
```

Please update service lists, and direct all future filings, discovery, and correspondence to Rachael E. Meny, Benjamin Berkowitz, Nikki K. Vo, and Ryan K. Wong.

The undersigned parties consent to the above change in counsel.

DATED: August 5, 2015        MAPLEBEAR INC. dba INSTACART

By      */s/ Rebekah Punak*
          Rebekah Punak

DATED: August 5, 2015        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      */s/ Shon Morgan*
          Shon Morgan
          Viola Trebicka
          Matthew Hosen

DATED: August 5, 2015        KEKER & VAN NEST LLP

By      */s/ Benjamin Berkowitz*
          Rachael E. Meny
          Benjamin Berkowitz
          Nikki K. Vo
          Ryan K. Wong

          Attorneys for defendant
          Maplebear Inc. dba Instacart

-2-

**Notice of Change in Counsel**
**Case No. 15-cv-00697**

**ATTESTATION:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

The above change in counsel is approved and IT IS SO ORDERED.

DATED: __8/10/15_____     _____



Honorable Edward M. Chen
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 5, 2015, I served true copies of the following document(s) described as **DEFENDANT'S NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| The Arns Law Firm<br>A Professional Corporation<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105<br>Tel: (415) 495-7800<br>emails:<br>Robert Stephen Arns<br>rsa@arnslaw.com<br>Jonathan E. Davis<br>jed@arnslaw.com | *Counsel for Plaintiff Dominic Cobarruviaz* |
| Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415-391-5400<br>Facsimile:     415-397-7188<br>emails:<br>Rachel E. Meny<br>Email: rmeny@kvn.com<br>Benjamin Berkowitz<br>Email: bberkowitz@kvn.com<br>Ryan K. Wong<br>Email: rwong@kvn.com<br>Nikki Khanh Vo<br>Email: nvo@kvn.com<br>Theresa H. Nguyen<br>Email: rnguyen@kvn.com | *Counsels for Defendant Maplebear, Inc. dba Instacart* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 5, 2015, at Los Angeles, California.

_____
Matthew S. Hosen

06083-00002/7070427.1

**Notice of Change in Counsel**
**Case No. 15-cv-00697**