1 | Robert S. Arns (# 65071)
2 | Jonathan E. Davis (#191346)
3 | Kevin M. Osborne (#261367)
  | Robert C. Foss (#275489)
4 | Julie C. Erickson (#293111)
  | THE ARNS LAW FIRM
5 | 515 Folsom Street, 3d Floor
  | San Francisco, CA 94105
6 | Tel: 415-495-7800
  | Fax: 415-495-7888
7 | rsa@arnslaw.com
  | jed@arnslaw.com
8 | kmo@arnslaw.com
  | ref@arnslaw.com
9 | jce@arnslaw.com

Jahan C. Sagafi
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111-3339
Tel: 415-638-8800
Fax: 415-638-8810
jsagafi@outtengolden.com

Michael Scimone
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: 212-245-1000
Fax: 646-5092060
mscimone@outtengolden.com

*Attorneys for Plaintiffs and Proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIC COBARRUVIAZ, ARLIN GOLDEN, JOHN REILLY, CHRISTOPHER RUSSELL, SUSAN BANNON, BATYA WEBER, AND DEREK WILLIAMS, Individually, and On Behalf of All Other Similarly Situated Employees,<br><br>Plaintiffs,<br><br>v.<br><br>MAPLEBEAR, INC., dba INSTACART; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:15-cv-00697-EMC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR <u>LEAVE TO FILE SURREPLY</u>**<br><br>Date: August 20, 2015<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Ctrm: 5 |

Plaintiffs filed a Motion For Administrative Relief ("Administrative Motion") on August 13, 2015, seeking leave to file the Surreply attached thereto.  Defendant Instacart filed its opposition on August 17, 2015.  Per Local Rule 7-11(c), the matter is deemed submitted for immediate determination without hearing as of August 18, 2015.

Having considered the papers filed by the parties and the relevant statutory and case law, the Court GRANTS Plaintiffs' Administrative Motion.  Plaintiffs are instructed to file the Surreply promptly.

It is so ORDERED.

Dated:  August _____, 2015         _____
                                    The Honorable Edward M. Chen
                                    United States District Court