**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOMINIC COBARRUVIAZ, et al.,                    No. C15-0697 EMC

        Plaintiffs,

  v.                                                       **SUPPLEMENTAL BRIEFING ORDER**

MAPLEBEAR, INC., et al.,

        Defendants.

_____/

       Pending before the Court is Defendant Maplebear, Inc.'s motion to compel arbitration. Docket No. 29.  The parties are hereby **ORDERED** to file supplemental briefs, not to exceed five (5) pages in length, addressing the following question and providing relevant legal citations:  Was the parties' selection of JAMS as the arbitral forum in Section 7 of the Agreement "an integral part of the agreement to arbitrate, rather than an 'ancillary logistical concern?'"  *Reddam v. KPMG LLP*, 457 F.3d 1054, 1060 (9th Cir. 2006), *abrogated in part on other grounds by Atlantic Nat. Trust LLC v. Mat. Hawley Ins. Co*, 621 F.3d 931, 940 (9th Cir. 2010) (quoting *Brown v. ITT Consumer Financial Corp.*, 211 F.3d 1217, 1222 (11th Cir. 2000).  The briefs shall be filed no later than 10 a.m. PDT on Tuesday, August 18, 2015.

       IT IS SO ORDERED.

Dated:  August 14, 2015

                                _____
                                  EDWARD M. CHEN
                                  United States District Judge