Robert S. Arns (# 65071)
rsa@arnslaw.com
Jonathan E. Davis (# 191346)
jed@arnslaw.com
Kevin M. Osborne (# 261367)
kmo@arnslaw.com
Julie C. Erickson (# 293111)
jce@arnslaw.com
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Tel: (415) 495-7800 / Fax: (415) 495-7888

Jahan C. Sagafi, State Bar No. 224887
jsagafi@outtengolden.com
**OUTTEN & GOLDEN LLP**
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Tel: (415) 638-8800 / Fax: (415) 638-8810

Michael J. Scimone (*pro hac vice*)
mscimone@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
Tel: (212) 245-1000 - Fax: (646) 509-2060

Attorneys for Plaintiffs

KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
BENJAMIN BERKOWITZ - #244441
bberkowitz@kvn.com
NIKKI K. VO - #239543
nvo@kvn.com
RYAN K. WONG - #267189
rwong@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Defendant
MAPLEBEAR, INC. dba INSTACART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC COBARRUVIAZ, ARLIN GOLDEN, JOHN REILLY, CHRISTOPHER RUSSELL, SUSAN BANNON, BATYA WEBER, AND DEREK WILLIAMS, Individually, and On Behalf of All Others Similarly Situated Employees,<br><br>       Plaintiffs,<br><br>     v.<br><br>MAPLEBEAR, INC., dba INSTACART and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 3:15-cv-00697-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:     Hon. Edward M. Chen |

953472

WHEREAS, the parties previously had a Case Management Conference set in the above titled action schedule for June 10, 2016, at 1:30 p.m. that was subsequently rescheduled to 9:00 a.m. by the Court.

WHEREAS, The Arns Law Firm has a scheduling conflict at this time.

WHEREAS, on June 7th, 2016, Robert S. Arns of The Arns Law Firm contacted the clerk of this Court and was advised the Court had availability to hold the Case Management Conference on June 23, 2016.

WHEREAS, The Arns Firm requested that Defense Counsel, Keker & Van Nest, agree to move the Case Management Conference, the parties met and conferred, and reached an agreement that June 23, 2016 would be an appropriate date to reschedule the Case Management Conference based on The Arns Firm's request.

NOW THEREFORE, the Parties stipulate and agree as follows:

1.  That the case management conference set for June 10, 2016 at 9:00 a.m. may be continued to June 23, 2016, or as soon thereafter as ordered by the Court.

SO STIPULATED.

Dated:  July 7, 2016                                    THE ARNS LAW FIRM


By:    /s/ Robert S. Arns
       ROBERT S. ARNS
       JONATHAN E. DAVIS
       KEVIN M. OSBORNE
       JULIE C. ERICKSON

       OUTTEN & GOLDEN LLP
       JAHAN C. SAGAFI
       MICHAEL J. SCIMONE (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER
Case No. 3:15-cv-00697-EMC

Attorneys for Plaintiffs
DOMINIC COBARRUVIAZ, ARLIN
GOLDEN, JOHN REILLY,
CHRISTOPHER RUSSELL, SUSAN
BANNON, BATYA WEBER, AND
DEREK WILLIAMS, Individually, and On
Behalf of All Others Similarly Situated
Employees

Dated:  June 7, 2016                    KEKER & VAN NEST LLP

By:   /s/ Rachael E. Meny
      RACHAEL E. MENY
      BENJAMIN BERKOWITZ
      NIKKI K. VO
      RYAN K. WONG

      Attorneys for Defendant
      MAPLEBEAR, INC. dba INSTACART

**PURSUANT TO STIPULATION,** the case management conference currently set for June 10,

2016 at 9:00 a.m. will be continued to June 23, 2016, at __`10:30__  a.m. / p.m.

**IT IS SO ORDERED.**

Dated: _____

IT IS SO ORDERED
Judge Edward M. Chen

Hono_____ M. Chen
UNIT_____ COURT

1

**ECF ATTESTATION**

2

 I, Robert S. Arns, am the ECF User whose ID and password are being used to file the

3

4

following: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE. In

5

compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Erik Kemp and Robert S. Arns

6

have concurred in this filing.

7

8

Dated:  July 7, 2016        THE ARNS LAW FIRM

9

10

         By: /s/ Robert S. Arns
            ROBERT S. ARNS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 3:15-cv-00697-EMC