UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC COBARRUVIAZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAPLEBEAR, INC. dba INSTACART,<br><br>Defendant. | Case No. 15-cv-00697-EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket No. 116 |

On November, 3, 2015, the Court issued an order compelling arbitration on an individual basis. *See* Docket No. 93. Plaintiffs now move for leave to file a motion for reconsideration with respect to the Court's order. *See* Docket No. 116. The Court finds that reconsideration of the Court's order is proper under Local Rule 7-9(b)(2) in light of the Ninth Circuit's recent decision in *Morris v. Ernst & Young, LLP*, No. 13-16599, 2016 WL 4433080 (9th Cir. Aug. 22, 2016).

The Court **GRANTS** Plaintiffs' Motion for Leave to File a Motion for Reconsideration and treats the Motion for Leave as Plaintiffs' Motion for Reconsideration. Defendant Instacart shall file an opposition brief to the Motion for Reconsideration by September 29, 2016, and Plaintiffs shall file their reply by October 6, 2016. The hearing on the Motion for Reconsideration will be held at **10:30 a.m. on October 28, 2016**.

**IT IS SO ORDERED**.

Dated: September 14, 2016

_____
EDWARD M. CHEN
United States District Judge