| | |
|---|---|
| Robert S. Arns (# 65071) | KEKER & VAN NEST LLP |
| rsa@arnslaw.com | RACHAEL E. MENY - #178514 |
| Jonathan E. Davis (# 191346) | rmeny@kvn.com |
| jed@arnslaw.com | BENJAMIN BERKOWITZ - #244441 |
| Kevin M. Osborne (# 261367) | bberkowitz@kvn.com |
| kmo@arnslaw.com | 633 Battery Street |
| Julie C. Erickson (# 293111) | San Francisco, CA 94111-1809 |
| jce@arnslaw.com | Telephone:   415-391-5400 |
| **THE ARNS LAW FIRM** | Facsimile:    415-397-7188 |
| A Professional Corporation | |
| 515 Folsom Street, 3rd Floor | Attorneys for Defendant |
| San Francisco, California 94105 | MAPLEBEAR, INC. dba INSTACART |
| Tel: (415) 495-7800 / Fax: (415) 495-7888 | |

Jahan C. Sagafi, State Bar No. 224887
jsagafi@outtengolden.com
**OUTTEN & GOLDEN LLP**
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Tel:  (415) 638-8800 / Fax:  (415) 638-8810
Michael J. Scimone (*pro hac vice*)
mscimone@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Tel:  (212) 245-1000 / Fax:  (646) 509-2060

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIC COBARRUVIAZ, ARLIN GOLDEN, JOHN REILLY, CHRISTOPHER RUSSELL, SUSAN BANNON, BATYA WEBER, AND DEREK WILLIAMS, Individually and On Behalf of All Others Similarly Situated Employees, <br><br> Plaintiffs, <br><br> v. <br><br> MAPLEBEAR, INC., dba INSTACART and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. **3:15-cv-00697-EMC** <br><br> **STIPULATION AND [P~~ROPO~~SED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [N.D. CAL. CIV. L.R.  3-12, 7-11 & 7-12]** <br><br> Judge: Hon. Edward M. Chen <br><br> Complaint Filed:  December 1, 2016 |

STIPULATION AND [PROPOSED] ORDER GRANTING ADMIN. MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED [N.D. CAL. CIV. L.R.  3-12, 7-11 & 7-12]; CASE NO. 3:15-CV-00697-EMC

1  WHEREAS, the parties to the above-captioned matter have met and conferred, and
2  jointly agree that the above-captioned matter, *Cobarruviaz et al. v. Maplebear, Inc. dba*
3  *Instacart*, Case No. 3:15-cv-00697-EMC (N.D. Cal.), and the recently filed case entitled
4  *Husting, et al. v. Maplebear, Inc., dba Instacart*, Case No. 3:16-cv-06921-JSC (N.D. Cal.) are
5  related pursuant to Civil Local Rule 3-12 of the Northern District of California.

6  NOW THEREFORE, the Parties stipulate and agree that the case entitled *Husting, et al.*
7  *v. Maplebear, Inc., dba Instacart*, Case No. 3:16-cv-06921-JSC (N.D. Cal.) is related to the
8  above-captioned action, and thus resolution of the *Husting* action before Judge Chen is in the
9  interest of judicial economy.

Dated: 12/6/2016                               THE ARNS LAW FIRM

                                               By:  /s/ Robert S. Arns
                                                    ROBERT S. ARNS
                                                    JONATHAN E. DAVIS
                                                    KEVIN M. OSBORNE
                                                    JULIE C. ERICKSON

                                                    Attorneys for Plaintiffs

                                                    KEKER & VAN NEST LLP

Dated: 12/6/2016

                                               By:  /s/ Benjamin Berkowitz
                                                    RACHAEL E. MENY
                                                    BENJAMIN BERKOWITZ

                                                    Attorneys for Defendants

                                                    MAPLEBEAR, INC. dba INSTACART

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/7/2016
                                               _____
                                               United States ... hen
                                               UNITED STA...

*IT IS SO ORDERED*
*Judge Edward M. Chen*