Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Kevin M. Osborne, State Bar No. 261367 (kmo@arnslaw.com)
Julie C. Erickson, State Bar No. 293111 (jce@arnslaw.com )
THE ARNS LAW FIRM
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Jahan C. Sagafi, State Bar No. 224887
jsagafi@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Tel: (415) 638-8800 / Fax: (415) 638-8810
Michael J. Scimone (*pro hac vice*)
mscimone@outtengolden.com
3 Park Avenue, 29th Floor
New York, New York 10016
Tel: (212) 245-1000 / Fax: (646) 509-2060

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIC COBARRUVIAZ, ARLIN GOLDEN, JOHN REILLY, CHRISTOPHER RUSSELL, SUSAN BANNON, BATYA WEBER, AND DEREK WILLIAMS, Individually, and On Behalf of All Others Similarly Situated Employees,<br><br>Plaintiffs,<br><br>v.<br><br>MAPLEBEAR, INC., dba INSTACART and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-00697-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Edward M. Chen<br><br>Date Filed: February 13, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Dominic Cobarruviaz, Arlin Golden, John Reilly, Christopher Russell, Susan Bannon, Batya Weber, and Derek Williams, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Maplebear, Inc. dba Instacart and Does 1 through 100.

Dated:  February 23, 2017

THE ARNS LAW FIRM

By: _____
ROBERT S. ARNS
JULIE C. ERICKSON

Attorneys for Plaintiffs DOMINIC COBARRUVIAZ, ARLIN GOLDEN, JOHN REILLY, CHRISTOPHER RUSSELL, SUSAN BANNON, BATYA WEBER, and DEREK WILLIAMS